# **<u>EXHIBIT A</u>**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Check Number | Transfer Type | Transfer Amount |
|---|---|---|---|---|---|
| Akorn Operating Company, LLC | Golden State Medical Supply, Inc. | 12/6/2022 | 266405 | Check | $ 651,733.58 |
| Akorn Operating Company, LLC | Golden State Medical Supply, Inc. | 1/18/2023 | 266995 | Check | $ 10,297.41 |
| | | | | | $ 662,030.99 |